UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAURA ROCKEMANN CROKE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. 2:24-cv-00443-CMS |
| v. ) | |
| ) | |
| MARTIN O'MALLEY, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

AND NOW, this 27th day of August, 2024, upon consideration of the afore-stated Stipulation, it is hereby,

ORDERED that Plaintiff, Laura Rockemann Croke, is awarded attorney fees in the amount of Seven Thousand Five Hundred Dollars and 00/100 Cents ($7,500.00) under the EAJA (28 U.S.C. § 2412(d)), and costs in the amount of Four Hundred and Two Dollars and 00/100 Cents ($402.00) under 28 U.S.C. § 2412(a). The attorney fees and costs will be paid directly to Plaintiff, Laura Rockemann Croke, and sent to the business address of Plaintiff's counsel, Paul Badame, Esquire. Full or partial remittance of the stipulated award will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the stipulated award in this Order to the extent necessary to satisfy such debt(s).

BY THE COURT:

/s/ Craig M. Straw
CRAIG M. STRAW
U.S. Magistrate Judge